LAW OFFICE OF

# DANIEL B. SHAPIRO

101 PARK STREET
MONTCLAIR, NEW JERSEY 07042

Member of New Jersey and New York Bars

(973) 746-8662
Fax: (973) 860-4600
E Mail: dshapiro@danielshapirolaw.com

August 2, 2022

Hon. Jose. R. Almonte, U.S.M.J
United States District Court, District of New Jersey
Frank Lautenberg & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102
Three Gateway Center

Re:   Jane Doe v. Douglas Wisch
      Civil Action No. 21-11183 (MCA) (MAH)

Dear Judge Almonte,

This letter is in response to Defense Counsel's letter of August 1, 2022. Defense counsel is seeking to take Plaintiff's follow-up deposition notwithstanding discovery is stayed by this Court's May 25th Order. Defense counsel sought to change this Court's Order by letter of July 6, 2022. This Court's text order denying the request was filed July 7, 2022. Defense Counsel's prior July 6th letter only caused unnecessary delay. It was filed just three business days before the July 12th mediation, causing the mediation to be rescheduled to August 18th before Judge Falk. Pursuant to this Court's text Order of July 26th, the Mediation completion deadline was extended to August 25, 2022. Plaintiff's counsel is away on vacation until August 8th and I have a full schedule between the date I return from vacation and August 18th when mediation is scheduled.

Defense Counsel's reason to take Plaintiff's follow-up deposition is no different from before when he argued the need to address "significant issues in obtaining Plaintiff's medical records". As stated before, Plaintiff was diagnosed with Lupus decades <u>after</u> the abuse occurred. Certain records were sought but not found as Plaintiff's doctor is deceased. Those records are not relevant to mediation and arguably not admissible at trial.

Plaintiff therefore once again opposes Defendant's attorney's efforts to void the discovery stay pending mediation for the reasons stated above.

Very truly yours,

*[signature]*

Daniel Shapiro

John A. Azzarello, Esq.
Whipple Azzarello, LLC