UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANE DOE,

        Plaintiff,

v.

DOUGLAS WISCH,

        Defendant.

Case No.: 2:21-11183 (EP) (JRA)

Civil Action

**NOTICE OF JOINT MOTION TO SEAL CERTAIN DOCKET ENTRIES**

**Document Electronically Filed**

To: Honorable Jose R. Almonte, U.S.M.J.
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street
    Newark, New Jersey 07101

    PLEASE TAKE NOTICE that on such date and at such time as the Court may set, counsel for Plaintiff and Defendant shall move before United States District Court for the District of New Jersey for an Order sealing certain docket entries in this matter;

    PLEASE TAKE FURTHER NOTICE that the parties will rely upon the Brief filed herewith;

    PLEASE TAKE FURTHER NOTICE that oral argument is waived.

| **WHIPPLE AZZARELLO, LLC** | **LAW OFFICES OF DANIEL SHAPIRO** |
|---|---|
| By: _s/ John A. Azzarello_<br>    John A. Azzarello<br>*Attorneys for Defendant* | By: _s/ Daniel B. Shapiro_<br>    Daniel B. Shapiro<br>*Attorneys for Plaintiff* |
| Dated: October 6, 2022 | Dated: October 6, 2022 |