UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANE DOE,

        Plaintiff,

v.

DOUGLAS WISCH,

        Defendant.

Case No.: 2:21-20222-EP-JRA

Civil Action

**ORDER SEALING DOCKET ENTRIES**

THIS MATTER being jointly brought before the Court by counsel for Plaintiff and counsel for Defendant, and good cause having been shown;

**IT IS** on this _____ day of _____, 2022:

    **ORDERED** that docket entries 1, 6, 10, 17, 23 and 30 in this matter are hereby sealed.

                                      _____
                                      Honorable Jose. R. Almonte, U.S.D.J.

[ ] opposed

[ ] unopposed