UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANE DOE,

    Plaintiff,

v.

DOUGLAS WISCH,

    Defendant.

Case No.: 2:21-11183 (EP) (JRA)

Civil Action

**WITHDRAWAL OF MOTION TO SEAL**

**Document Electronically Filed**

PLEASE TAKE NOTICE that the parties hereby withdraw the Joint Motion to Seal Certain Docket Entries (Doc. 30).

**WHIPPLE AZZARELLO, LLC**

By: s/ *John A. Azzarello*
    John A. Azzarello
*Attorneys for Defendant*

Dated: October 19, 2022

**LAW OFFICES OF DANIEL SHAPIRO**

By: s/ *Daniel B. Shapiro*
    Daniel B. Shapiro
*Attorneys for Plaintiff*

Dated: October 19, 2022